In the Matter of PHILIP H. DIDRICKSEN, JR., v. FREDERIC S. BERMAN. — Motion to dismiss appeal dismissed, without prejudice to a renewal application upon timely notice as required by CPLR 2214 (subd. [b]) and 2103 (subd. [b], par. 2). Concur — Botein, P. J., Steuer, Tilzer, Rabin and McNally, JJ.

In the Matter of HERMAN C. POLLACK. — Motion for reinstatement to the Bar granted. Concur — Stevens, J. P., Eager, Steuer, Capozzoli and Tilzer, JJ.